IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-03675 |
| v. | ) | |
| | ) | |
| HALSTED RECYCLING LLC, an Illinois Corporation, and JOSE PEDRO | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Nautilus Insurance Company ("Nautilus"), by and through its attorneys, Dana A. Rice and Jeremy S. Macklin of TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), no opposing party having served an answer or a motion for summary judgment, the underlying lawsuit giving rise to this insurance coverage action having been dismissed without prejudice.

Dated: July 18, 2024

Respectfully submitted,

TRAUB LIEBERMAN STRAUS
& SHREWSBERRY LLP

By: /s/ Jeremy S. Macklin
Dana A. Rice (ARDC No.: 6283827)
Jeremy S. Macklin (ARDC No.: 6303870)
71 South Wacker Drive, Suite 2110
Chicago, Illinois 60606
Telephone: (312) 332-3900
Facsimile: (312) 332-3908
drice@tlsslaw.com
jmacklin@tlsslaw.com
One of the Attorneys for Plaintiff
*Nautilus Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the above with the Clerk of the

Court using the CM/ECF system which will send notification of such filing(s) to all counsel of

record.

/s/ Jeremy S. Macklin

Dana A. Rice (ARDC No.: 6283827)
Jeremy S. Macklin (ARDC No.: 6303870)
71 South Wacker Drive, Suite 2110
Chicago, Illinois 60606
Telephone: (312) 332-3900
Facsimile: (312) 332-3908
drice@tlsslaw.com
jmacklin@tlsslaw.com
*Attorneys for Plaintiff*
*Nautilus Insurance Company*